JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of FUGRO WEST, INC, a California corporation,<br><br>                  Plaintiff,<br><br>v.<br><br>AIS CONSTRUCTION COMPANY, INC., a California corporation; and ARCH INSURANCE COMPANY, INC., a Missouri corporation,<br><br>                  Defendants.<br>_____<br>AIS CONSTRUCTION COMPANY, INC., a California corporation<br><br>                  Counterclaimant,<br><br>v.<br><br>UNITED STATES, For the Use of FUGRO WEST, INC, a California corporation<br><br>                  Counterdefendant.<br>_____ | No. CV11 02249 JFW (CWx)<br><br>**ORDER RE DISMISSAL** |

     WHEREAS, plaintiff United States, for the Use of Fugro West, Inc., and defendants AIS Construction Company, Inc. and Arch Insurance Company, Inc., acting through their counsel of record, filed a stipulated request for this Court to

ORDER RE DISMISSAL

1

1  dismiss this action in its entirety;

2  WHEREAS, plaintiff and defendants set forth facts that constitute good
3  cause for the requested dismissal.

4  GOOD CAUSE APPEARING THEREFORE:

5  The Court orders this entire action be dismissed, with prejudice.  Each party
6  will bear its own costs, attorney's fees, and all other expenses incurred in
7  connection with this action.

9  DATED: February 14, 2012    _____
                                HON. JOHN F. WALTER

ORDER RE DISMISSAL
2