JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, For the Use of FUGRO WEST, INC, a California corporation, | No. CV11 02249 JFW (CWx) |
| Plaintiff, | **ORDER RE DISMISSAL** |
| v. | |
| AIS CONSTRUCTION COMPANY, INC., a California corporation; and ARCH INSURANCE COMPANY, INC., a Missouri corporation, | |
| Defendants. | |
| _____ | |
| AIS CONSTRUCTION COMPANY, INC., a California corporation | |
| Counterclaimant, | |
| v. | |
| UNITED STATES, For the Use of FUGRO WEST, INC, a California corporation | |
| Counterdefendant. | |
| _____ | |

WHEREAS, plaintiff United States, for the Use of  Fugro West, Inc., and

defendants AIS Construction Company, Inc. and Arch Insurance Company, Inc.,

acting through their counsel of record, filed a stipulated request for this Court to

1   dismiss this action in its entirety;

2   WHEREAS, plaintiff and defendants set forth facts that constitute good

3   cause for the requested dismissal.

4   GOOD CAUSE APPEARING THEREFORE:

5   The Court orders this entire action be dismissed, with prejudice.  Each party

6   will bear its own costs, attorney's fees, and all other expenses incurred in

7   connection with this action.

8

9   DATED: February 14, 2012

    _____

10  HON. JOHN F. WALTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE DISMISSAL

2